UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WELLS FARGO BANK, N.A., as Grantor Trust
Trustee, in trust for the registered holders of
CWCapital Cobalt II Trust, Grantor Trust Pass-Through
Certificates, Series-19,

                      Plaintiff,

v.                                               C.A.. No. 3:10-CV-40234-FDS

KIRAN PATEL, HASU SHAH,
KANTI D. PATEL, KIRIT PATEL,
ASHWIN SHAH, DEVANAND PAYMASTER,
SHYAM TANGUTURI,
K&D INVESTMENT ASSOCIATES, LLC,
and SHIELD CORP.,

                      Defendants.

and

HAMPDEN BANK,

                      Reach and Apply Defendant.

**FINDING AND ORDER FOR APPROVAL OF**
**ATTACHMENT ON TRUSTEE PROCESS**

This cause came on to be heard after notice and opportunity to be heard, upon a motion of or approval of attachment on trustee process, and thereupon, upon consideration thereof, the court hereby finds that there is a reasonable likelihood that the plaintiff will recover judgment, including interest and costs in an amount equal to or greater than the amount of the trustee process approved herein over and above any liability insurance shown by the defendant to be available to satisfy judgment.

13262441 1

Therefore, the court hereby approves attachment on trustee process in the amount of $\$8,595,469^{\underline{24}}$ on all accounts held by Kirit Patel in the possession of Hampden Bank, subject to all applicable exemptions and limitations provided by law.

*Michael A. Ponsor*
Judge of the United States District Court for the District of Massachusetts

Entered: May 2, 2011  MAP
5/2/11